UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

VENETIAN ISLANDS LLC     1:22-cv-05485-NGG-VMS

      Plaintiff,

-against-     STIUPLATION TO
      DISCONTINUE WITH
145-19 CORP., 145-19 DEVELOPMENT CORP.,     LEAVE TO REOPEN
AMANMEET KAUR; NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,
Defendant(s).

----------------------------------------------------------------X

IT IS HEREBY stipulated and agreed by the attorneys for Plaintiff Venetian Islands LLC ("Plaintiff") and Defendants 145-19 Corp., 145-19 Development Corp. and Amanmeet Kaur ("Defendants") that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to, as follows:

1. That the above-entitled action be and the same hereby canceled and discontinued <u>with leave to reopen</u> by July 1, 2023, without prejudice and without costs to either party as against the other.

2. In the event the case is reopened, Defendants waive their right to request to vacate their defaults and file a late answer.

3. No other Defendants have appeared or answered and their time to do so has expired.

4. This notice may be filed without further notice with the Clerk of the Court.

5. A facsimile copy of this Stipulation maybe filed in lieu of an original.

Dated: January 23, 2023     Margolin, Weinreb & Nierer LLP

      */s/ Alan H. Weinreb*
      Alan H. Weinreb
      Attorneys for Plaintiff

Dated: January 25, 2023

      *[signature]*
      145-19 Corp.
      By: Amanmeet Kaur, President and Guarantor

_____
145-19 Development Corp.
By: Amanmeet Kaur, President


_____
Amanmeet Kaur


STATE OF New York        )

COUNTY OF Queens         )

On the 25 day of January, 2023, before me, the undersigned, personally appeared Amanmeet Kaur personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the foregoing agreement, and acknowledged to me that he executed the same in his capacity, and that by his signature to the agreement, the individual, or the person upon behalf of which the individual acted, executed the agreement.


_____
Notary Public

RICHARD KISTNEN
Notary Public - State of New York
No. 02KI6209215
Qualified in Queens County
Commission Expires July 20, 20 25