

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

March 16, 2023

<u>Via ECF</u>
The Honorable Magistrate Judge Vera M. Scanlon
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Venetian Islands LLC v. 145-19 Corp., et al., 1:22-cv-05485-NGG-VMS</u>

Dear Magistrate Judge Scanlon:

    We represent the Plaintiff in the above-referenced action. Please accept this letter in response to Your Honor's March 6, 2023 Order that Plaintiff file a letter with Defendants' proper addresses. Below are the addresses for Defendants according to our records:

Amanmeet Kaur
127-02 135 Avenue
South Ozone Park, NY 11420

145-19 Corp.
3 Cloister Lane
Hicksville, NY 11801

145-19 Development Corp.
3 Cloister Lane
Hicksville, NY 11801

New York City Environmental Control Board
100 Church Street, 1st Floor
New York, NY 10007

    We thank the Court for its review of our submission.

                                Respectfully Submitted,

                      By:    <u>/s/Alan H. Weinreb</u>
                            Alan H. Weinreb, Esq.

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM